**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**

Guy R. Humphrey
United States Bankruptcy Judge

**Dated: October 30, 2009**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| IN RE: | CASE NO: 09-31032 |
|---|---|
| Edward Smith | (Chapter 13) |
| Debtor | JUDGE GUY R. HUMPHREY |

T1XX9X

AGREED ORDER DISMISSING CASE

This matter is scheduled for hearing on October 1, 2009 upon the Chapter 13 Trustee's Motion to Dismiss for Failure to Make Payments (Doc. 28) and Debtor's Response to Trustee's Motion to Dismiss (Doc. 29),, filed on or about August 10, 2009, and upon agreement of the parties,

IT IS ORDERED that:

1) the Chapter 13 Trustee's Motion to Dismiss for Failure to Make Payments is hereby granted;

2) this case be and hereby is dismissed.

IT IS SO ORDERED.

/s/ Jeffrey M. Kellner

Jeffrey M. Kellner 0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email to: chapter13@dayton13.com


/s/ THOMAS D BERRY

THOMAS D BERRY  #0032566
ATTORNEY FOR DEBTOR
1839 EAST STROOP RD
DAYTON, OH  45429
(937) 278-9333  FAX (937) 278-9335
email: tberry@woh.rr.com

Copies To:                                                                                                09-31032

JEFFREY M. KELLNER                    OFFICE OF THE U S TRUSTEE
CHAPTER 13 TRUSTEE                    170 NORTH HIGH ST
131 N LUDLOW ST   SUITE 900           SUITE 200
DAYTON, OH  45402-1161                COLUMBUS, OH  43215

Edward Smith                          THOMAS D BERRY
621 Ellsworth                         1839 EAST STROOP RD
Dayton, OH  45426                     DAYTON, OH  45429

0931032_267_20091020_0947_750/T275_jb
###